CO-386
10/2018

# United States District Court
# For the District of Columbia

**National Security Counselors, Inc.**

　　　　　　　　　　Plaintiff

vs

**DOJ**

　　　　　　　　　　Defendant

Civil Action No. __1:25-cv-00864__

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __National Security Counselors, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __National Security Counselors, Inc.__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__984704__
BAR IDENTIFICATION NO.

Kelly McClanahan
Print Name

1451 Rockville Pike, Suite 250
Address

Rockville　　　MD　　　20852
City　　　State　　　Zip Code

501-301-4672
Phone Number