# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY COUNSELORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * Civil Action No. 1:25-cv-00864 (JMC) <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **PROOF OF SERVICE**

Plaintiff attaches Proof of Service for Plaintiff's Complaint. According to attached document from the United States Postal Service ("USPS") tracking system, the summons was delivered to the U.S. Attorney General and the Department of Justice on 2 April 2025. The U.S. Attorney for the District of Columbia was electronically served on 24 March 2025.

Date:   April 4, 2025

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counsels
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

ALERT: SEVERE WEATHER IN THE SOUTHEAST AND CENTRAL U.S AND WINTER STORMS …

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052700028171796

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:27 am on April 2, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
April 2, 2025, 5:27 am

See All Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package