UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY COUNSELORS, INC. ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) JUSTICE, ) ) Defendant. ) ) | Civil Action No. 25-0864 (JMC) |

**OPPOSED MOTION TO STAY PROCEEDINGS OR IN THE ALTERNATIVE CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, by and through undersigned counsel, moves the Court to stay this action under the Freedom of Information Act ("FOIA"), including Defendant's deadline to respond to the Complaint, pending the outcome of an appeal before the D.C. Circuit in a matter that Plaintiff deemed related to this case and which has overlapping issues. In the alternative, Defendant moves for an extension of 30 days, to and including, May 23, 2025, to answer or otherwise respond to the Complaint. Plaintiff opposes the requested stay but consents to the alternative relief of an extension. As grounds for the requested relief, Defendant states as follows.

1.      This action was filed on March 24, 2025 and, according to the docket, the deadline for Defendant to answer or otherwise respond to the Complaint is April 23, 2025.

2.      Plaintiff has designated this case as related to *Campaign for Accountability v. Department of Justice*, Case No. 16-1068 (JMC), in which this Court granted summary judgment on an issue that overlaps with an issue in this case. Notice of Related Case (ECF No. 3). Specifically, in requesting the Department's Office of Legal Counsel ("OLC") to make available

for public inspection and copying on an ongoing basis all unpublished formal written OLC opinions, Plaintiff allegedly "adopted all of the arguments made by Campaign for Accountability in its similar letter dated 22 March 2015, which was the subject of the case *Campaign for Accountability v. DOJ*, No. 16-1068 (D.D.C.)." Compl. (ECF No. 1) ¶ 68. Those arguments appear to form the basis of the third cause of action, entitled "Constructive Refusal to Proactively Disclose."

3. This Court's decision in *Campaign for Accountability v. DOJ* currently is on appeal with the D.C. Circuit as Case Number 24-5163 and oral argument was held earlier this month. Accordingly, as the outcome of that appeal may impact one of the principal claims in this action, this case should be stayed pending further order of this Court, and the parties directed to file a joint status report within 14 days of the mandate issuing in that appeal that addresses their respective positions on a new deadline for Defendant's response to the Complaint.

4. Alternatively, in the event the Court is disinclined to stay this action, Defendant requests an extension of its deadline to answer or otherwise respond to the Complaint by 30 days, to and including, May 23, 2025. Undersigned counsel for Defendant has numerous deadlines in a large docket of cases that has limited his ability to confer with the agency and prepare a response to the Complaint. Among other things, undersigned counsel was assigned last week to a case in which an opposition to a motion for preliminary injunction is due on April 25, 2025. The requested extension also takes into account other deadlines in undersigned counsel's schedule during the requested extension period, including a hearing on a preliminary injunction motion in a different matter scheduled for April 30, 2025, another preliminary injunction hearing on May 5, 2025 (related to the April 25 filing deadline), and several depositions. Accordingly, Defendant requests

in the alternative an extension to, and including, May 23, 2025, to answer or otherwise respond to the Complaint.

5.   Pursuant to Local Rule 7(m), undersigned counsel for Defendant has conferred by email with counsel for Plaintiff as to the relief requested in this motion.   Counsel for Plaintiff has advised that he does not consent to the stay request but that he consents to the extension request.

6.   A proposed order is attached.

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Attorneys for the United States of America*

3