UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY COUNSELORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 25-0864 (JMC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion to stay proceedings or in the alternative for an extension to answer or otherwise respond to the Complaint, any opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that this case is stayed, including any deadline for Defendant to respond to the Complaint, until further order of the Court; and it is further

ORDERED that the parties shall file a joint status report within 14 days of the mandate issuing in the appeal of *Campaign for Accountability v. DOJ* (D.C. Cir. 24-5163), including with their respective proposals on a new deadline for Defendant to respond to the Complaint.

SO ORDERED:

_____                          _____
Dated                                                                  United States District Judge