UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY COUNSELORS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civil Action No. 25-0864 (JMC) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Samantha-Josephine Baker as counsel for Defendant in the above-captioned case, substituting for Assistant United States Attorney Jeremy S. Simon.

Date:   December 10, 2025

Respectfully submitted,

*/s/ Samantha-Josephine Baker*
SAMANTHA-JOSEPHINE BAKER
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: (202) 252-2435
Samantha-Josephine.Baker@usdoj.gov

*Attorney for Defendant*