UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY COUNSELORS, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 25-0864 (JMC) |

**CONSENT MOTION FOR AN EXTENSION
OF TIME TO FILE JOINT STATUS REPORT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant respectfully moves, by and through undersigned counsel, for a 14-day extension of the deadline to January 6, 2026, to confer with counsel for Plaintiff and file a joint status report pursuant to this Court's Minute Order. *See* Dkt. Entry (May 8, 2025). Pursuant to Local Civil Rule 7(m), Defendant has conferred via email with counsel for Plaintiff on December 22, 2025, and Plaintiff's counsel consents to this request. Good cause supports this motion, as set forth below:

1. Plaintiff filed the operative complaint in this lawsuit on March 24, 2025, along with a Notice of Related Case. *See respectively* ECF No. 1 and 3. Defendant filed a motion to stay proceedings on April 22, 2025. ECF No. 6. On May 8, 2025, the Court granted the motion to stay, pending the D.C. Circuit's resolution of Case No. 16-cv-1068, and ordered the parties to file a joint status report proposing next steps in this matter within 14 days of the Circuit's decision. *See* Dkt. Entry (May 8, 2025). The Circuit rendered its opinion in that matter on October 17, 2025 with the

mandate following on December 9, 2025. Accordingly, the filing deadline for the parties' joint status report is currently December 23, 2025.

2. Defendant respectfully requests an additional 14 days to confer with Plaintiff regarding proposed next steps, which would bring this deadline to January 6, 2026. There is good cause for the requested extension.

3. This matter was recently assigned to the undersigned and she has been diligently working to become familiar with the case. In addition, upon reaching out to Plaintiff's counsel yesterday, counsel for Plaintiff advised that he has limited availability this week to confer. Accordingly, for these reasons, and in light of the upcoming holiday period, Defendant requests an extension of the joint status report deadline to, and including, January 6, 2026. No existing court deadlines will be impacted by this extension request as the case is currently stayed. Plaintiff will not be prejudiced by this brief extension request and, furthermore, consents to the request relief as it will allow the parties additional time to confer regarding proposed next steps.

4. A proposed order is attached.

Dated: December 23, 2025  
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO  
United States Attorney

By:     /s/ Samantha-Josephine Baker  
SAMANTHA-JOSEPHINE BAKER  
FL Bar #105714  
Assistant United States Attorney  
601 D Street, NW  
Washington, DC 20530  
Tel: (202) 252-2435  
Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY COUNSELORS, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 25-0864 (JMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion for an Extension of Time to File Joint Status Report, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the parties shall file their joint status report on or before January 6, 2026.

**SO ORDERED**, this ___ day of _____, 2025.


_____
JIA M. COBB
United States District Judge