UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY COUNSELORS, INC., | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:25-cv-00864 (JMC) |
| DEPARTMENT OF JUSTICE, | * |
| Defendant. | * |

**JOINT STATUS REPORT**

In response to the Court's January 5, 2026 Minute Order, the parties submit the following status report with their respective positions for proceeding.

1.  Defendant: Defendant states that it currently expects to issue a final response to the FOIA requests at issue in Counts 1 and 2 no later than March 6, 2026. Given that stated expectation, there is no basis for the court order that Plaintiff requests below. Nor would it be a productive use of Defendant's limited resources for the Court to require Defendant to provide the information referenced below, which would do nothing to further Defendant's efforts to issue final responses on the above-referenced requests.

2.  Plaintiff: Plaintiff requests that the Court order Defendant to issue final responses by that date, since Defendant has been required by law to be processing these two requests for almost a year, yet has made no movement or issued a single interim response, strongly suggesting that Defendant took no steps to process these documents for release during the court's stay of briefing, which was only intended to avoid unnecessary briefing on Count 3. If the Court is inclined to decline Plaintiff's request for a hard deadline, Plaintiff respectfully requests that it

first order Defendant to provide specific information to the Court describing the processing of these requests over the last eleven months to demonstrate that it has been studiously processing responsive documents as required by law. Plaintiff's undersigned counsel requested this information from Defendant's undersigned counsel, who was unable to provide any information about the processing of Plaintiff's requests. Contrary to Defendant's framing, a court order would not prejudice it in any way, given its statement that it already "expects to" issue final responses by that date. A court order would merely hold Defendant to that expectation and require it to seek the Court's leave to miss the deadline.

3. Upon issuance of the final responses, the parties intend to discuss future steps and attempt to narrow the issues in controversy.

4. The parties accordingly request that they be allowed to file another status report by April 17, 2026, with a proposal for any further proceedings in this case.

Date:   January 16, 2026

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org
*Counsel for Plaintiff*

3

        JEANINE FERRIS PIRRO
        United States Attorney

By: */s/ Samantha-Josephine Baker*
    SAMANTHA-JOSEPHINE BAKER
    FL Bar # 105714
    Assistant United States Attorney
    Civil Division
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2435
    Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*