**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL SECURITY COUNSELORS,   *
INC.,       *
      *
    Plaintiff,       *
      *
    v.       *     Civil Action No. 25-00864 (JMC)
      *
DEPARTMENT OF JUSTICE,       *
      *
    Defendant.       *
      *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**JOINT STATUS REPORT**

In response to the Court's January 26, 2026 Minute Order, the parties submit the following status report for proceeding.

1.     In the last status report filed on January 16, 2026, Defendant stated it had expected to issue final responses to the FOIA requests at issue in Counts 1 and 2 in March. However, there have been unanticipated staffing issues and accordingly, processing has been unexpectedly delayed. Defendant currently anticipates issuing the final responses by the end of this month.

2.     Upon issuance of the final responses, the parties intend to discuss future steps and attempt to narrow the issues in controversy.

3.     The parties accordingly request that they be allowed to file another status report by June 1, 2026, with a proposal for any further proceedings in this case.

Date:    April 17, 2026

                            Respectfully submitted,

                            /s/ Kelly B. McClanahan
                            Kelly B. McClanahan, Esq.

D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org
*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Samantha-Josephine Baker*
    SAMANTHA-JOSEPHINE BAKER
    FL Bar # 105714
    Assistant United States Attorney
    Civil Division
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2435
    Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*

2