**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL SECURITY COUNSELORS, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 25-00864 (JMC) |
| DEPARTMENT OF JUSTICE, | * * | |
| Defendant. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>JOINT STATUS REPORT</u>**

The parties submit the following status report in this Freedom of Information Act ("FOIA") matter. [1]

1.      In the status report filed on January 16, 2026, Defendant stated it had expected to issue final responses to the FOIA requests at issue in Counts 1 and 2 in March. However, in the last status report filed on April 17, 2026, Defendant reported that there had been unanticipated staffing issues and processing was unexpectedly delayed but that Defendant anticipated issuing the final responses shortly. *See* ECF No. 10.  Defendant provided those responses on May 1, 2026.

2.      The parties now intend to discuss future steps and to attempt to narrow any outstanding issues.

3.      The parties accordingly propose that they file another status report by July 20, 2026, with a proposal for any further proceedings in this case.

---

[1]      In the last status report filed April 17, 2026, the parties had proposed June 1, 2026 for the filing of the next status report but no order was issued directing the filing of a report on that date. The parties are nevertheless filing this report to apprise the Court of the current status.

Date:   June 3, 2026

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*


JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Samantha-Josephine Baker*
      SAMANTHA-JOSEPHINE BAKER
      FL Bar # 105714
      Assistant United States Attorney
      Civil Division
      601 D Street, NW
      Washington, DC 20530
      (202) 252-2435
      Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*

2