**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL SECURITY COUNSELORS,   *
INC.,   *
  *
    Plaintiff,   *
  *
    v.   *   Civil Action No. 25-00864 (JMC)
  *
DEPARTMENT OF JUSTICE,   *
  *
    Defendant.   *
  *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**JOINT STATUS REPORT**

The parties submit the following status report in this Freedom of Information Act ("FOIA") matter.

1.    In the status report filed on June 3, 2026, Defendant reported it had completed production to Plaintiff on May 1, 2026. *See* ECF No. 11.

2.    Plaintiff is continuing to review the responses to identify any outstanding issues and future steps.

3.    The parties accordingly propose that they file another status report by September 3, 2026, with a proposal for any further proceedings in this case.

Date:  July 20, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672

240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Samantha-Josephine Baker*
    SAMANTHA-JOSEPHINE BAKER
    FL Bar # 105714
    Assistant United States Attorney
    Civil Division
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2435
    Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*

2