**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL SECURITY COUNSELORS, INC., Plaintiff, v. DEPARTMENT OF JUSTICE, Defendant. | * | Civil Action No. 25-00864 (JMC) |

* * * * * * * * * * * * *

## JOINT STATUS REPORT

The parties submit the following status report in this Freedom of Information Act ("FOIA") matter in accordance with the Court's Minute Order entered on November 9, 2026.

1. In the status report filed on June 3, 2026, Defendant reported it had completed production to Plaintiff on May 1, 2026. *See* ECF No. 11.

2. Plaintiff is continuing to review the responses to identify any outstanding issues and has recently requested a draft Vaughn index from Defendant. Defendant is continuing to prepare the draft and anticipates providing it to Plaintiff prior to December 18, 2026. The parties anticipate continuing to work through any issues that arise during that time and respectfully request the Court defer setting a briefing schedule in light of further conferral efforts.

3. The parties accordingly propose that they file another status report by January 22, 2027, with a proposal for any further proceedings in this case.

Date: November 23, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.

D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Samantha-Josephine Baker*
SAMANTHA-JOSEPHINE BAKER
FL Bar # 105714
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, DC 20530
(202) 252-2435
Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*